IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02385-CMA

JOSE T. VIGIL, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND JUDGMENT

This matter is before the Court on Defendant's Unopposed Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e). (Doc. # 20.) In this case, Plaintiff had appealed a decision by an Administrative Law Judge ("ALJ") that denied Plaintiff disability benefits under the Social Security Act. After oral argument was held on July 14, 2011, the Court reversed the decision of the ALJ and awarded Plaintiff his reasonable attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant now moves to amend the award of attorneys' fees as premature. For the reasons expressed in Defendant's Motion, the Court agrees that the award of attorneys' fees to Plaintiff was premature.

Accordingly, it is ORDERED that Defendants' Motion (Doc. # 20) is GRANTED. It is FURTHER ORDERED that the Final Judgment (Doc. # 17) should be AMENDED to vacate the award of attorneys' fees.

Defendant also points out the presence of a clerical error, as the Final Judgment includes language awarding both EAJA attorneys' fees and costs to a different plaintiff. Although the vacation of attorneys' fees moots this error with respect to the award of EAJA attorneys fees, it is FURTHER ORDERED that the Final Judgment should be AMENDED so that Plaintiff Jose T. Vigil, Jr. shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.

DATED: August 12, 2011

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge