IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02385-CMA

JOSE T. VIGIL, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

---

The Court has reviewed the parties' Stipulated Motion for Award of Attorney Fees (Doc. # 24), dated August 29, 2011. Based upon the motion, the Court hereby ORDERS that:

1)    The stipulation for attorney fees pursuant to the EAJA is approved;

2)    Defendant is ordered to pay $6,000.00 to Plaintiff for attorney fees pursuant to the EAJA;

3)    Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel;

4)    Payment of the $6,000.00 shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees or costs in this case; and

5)    This award is without prejudice to the right of Plaintiff's counsel to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED: August __29__, 2011

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge